822

No. 580, Misc. GATEWOOD v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 581, Misc. BULLARD v. REEVES, JUDGE, ET AL. Supreme Court of Indiana. Certiorari denied.

No. 582, Misc. BROWN v. VERMONT. Supreme Court of Vermont. Certiorari denied. *John S. Burgess* for petitioner. *Thomas M. Debevoise,* Attorney General of Vermont, for respondent.

No. 586, Misc. GREEN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 609, Misc. MORONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 639, Misc. DE MOSS v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 668, Misc. WOLAK v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 684, Misc. AMATO v. MURPHY, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. *Abraham Ziegler* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Norman Friedman,* Assistant Attorney General, for respondents.